IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TANGALA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:19-cv-588 |
| | § | |
| | § | |
| CALIFORNIA GRILL, LLC  d/b/a | § | |
| FOXY'S CABARET | § | |
| | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER**

Before this Court is Defendant's Motion for Summary Judgment. Having considered the Motion and Plaintiff's Response, the Court is of the opinion that the Motion lacks merit and should be denied. The Court therefore DENIES Defendant's Motion for Summary Judgment.

Done this ____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE