IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TANGALA CARTER,             §<br>    *Plaintiff*,                      §<br>                                          §        C.A. NO. 1:19-CV-588-RF<br>v.                                       §<br>                                          §<br>CALIFORNIA GRILL, LLC d/b/a §<br>FOXY'S CABARET,          §<br>    *Defendant*.                     § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that Kimberly R. Snagg of the law firm Hartline Barger LLP, enters her appearance as additional counsel of record on behalf of Defendant California Grill, LLC d/b/a Foxy's Cabaret ("Defendant"). Darrell Barger, Brian Rawson, Stephanie Roark, and Roy McKay will remain in this case as counsel for Defendant.

Ms. Snagg certifies that she is admitted to practice in this Court and is registered to file documents electronically with this Court.

DATED this 22nd day of March, 2022.

Respectfully submitted,

*/s/ Brian S. Rawson*

**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hartlinebarger.com
**KIMBERLY R. SNAGG**
State Bar No. 24075099
ksnagg@hartlinebarger.com
**HARTLINE BARGER LLP**
1980 Post Oak Blvd, Suite 1800
Houston, Texas 77056
(713) 951-4250 - Telephone
(713) 652-2419 - Facsimile

**BRIAN S. RAWSON**
State Bar No. 24041754
brawson@hartlinebarger.com
**STEPHANIE ROARK**
State Bar No. 24070498
sroark@hartlinebarger.com
**ROY B. MCKAY**
State Bar No. 24071171
rmckay@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 - Telephone
(214) 369-2118 - Facsimile

**ATTORNEYS FOR DEFENDANT**
**CALIFORNIA GRILL, LLC**

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on March 22, 2022.

*/s/ Brian S. Rawson*
**BRIAN S. RAWSON**