Filed 3/30/22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

| | | |
|---|---|---|
| TANGALA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-588-RP |
| | § | |
| CALIFORNIA GRILL, LLC d/b/a | § | |
| FOXY'S CABARET, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

### QUESTION NO. 1

Has Plaintiff Carter proved that California Grill, through the actions of Taylor Ratliff, Ashley Weaver and/or Erica Nobles, subjected Plaintiff Carter to a racially hostile work environment?

Answer "Yes" or "No":

Answer: __Yes__

*If your answer to Question 1 is "yes," proceed to Question 2. If your answer is "no," skip to Question 4.*

### QUESTION NO. 2

Did Defendant California Grill know, or in the exercise of reasonable care should Defendant California Grill have known, that Plaintiff Carter was being harassed on the basis of her race?

Answer "Yes" or "No":

Answer: __Yes__

*If your answer to Question 2 is "yes," proceed to Question 3. If your answer is "no," skip to Question 4.*

### QUESTION NO. 3

Did Defendant California Grill fail to take prompt remedial action?

Answer "Yes" or "No":

15

Answer: __yes__

## QUESTION NO. 4

Was Plaintiff Carter's opposition of racial discrimination by Defendant California Grill's employees, if any, protected activity?

Answer "Yes" or "No":

Answer: __yes__

*If your answer to Question 4 is "yes," proceed to Question 5. If your answer is "no," skip to Question 7.*

## QUESTION NO. 5

Did Defendant California Grill take adverse employment action against Plaintiff Carter by reducing her hours and limiting her ability to serve customers?

Answer "Yes" or "No":

Answer: __No__

*If your answer to Question 5 is "yes," proceed to Question 6. If your answer is "no," skip to Question 7.*

## QUESTION NO. 6

Do you find that Plaintiff Carter would not have had her hours reduced and her ability to serve customers limited but for her opposition to racial discrimination?

Answer "Yes" or "No":

Answer: _____

## QUESTION NO. 7

Was Plaintiff Tangala Carter constructively discharged?

Answer "Yes" or "No":

Answer: __No__

*If you answered "yes" to any of Questions 3, 6, or 7, proceed to Question 8. If you answered "no" to all three, stop here.*

16

## QUESTION NO. 8

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Damages in the past for emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

Answer: $ 60,000.00

2. Damages in the future for emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

Answer: $ 0.00

## QUESTION NO. 9

Do you find that Plaintiff should be awarded punitive damages?

Answer "Yes" or "No":

Answer: Yes

*If your answer to Question 9 is "yes," proceed to Question 10. If your answer is "no," stop here.*

## QUESTION NO. 10

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents:

Answer: $ 90,000.00

SIGNED this 30th day of March, 202:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

PRESIDING JUROR

17