IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TANGALA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-588-RP |
| | § | |
| CALIFORNIA GRILL, LLC d/b/a | § | |
| FOXY'S CABARET, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

After a three-day jury trial, the jury in this case returned a verdict in favor of Plaintiff Tangala Carter ("Carter") on March 30, 2022. (Verdict, Dkt. 66). The jury determined that Defendant California Grill, LLC, doing business as Foxy's Cabaret ("Defendant"), subjected Carter to a racially hostile work environment; that Defendant knew or should have known Carter was being harassed on the basis of her race; that Defendant failed to take prompt remedial action; and that Carter's opposition of racial discrimination by Defendant constituted protected activity. (*Id* at 1–2). The jury did not find Defendant took adverse employment action against Carter by reducing her hours or limiting her ability to serve customers or that she was constructively discharged. (*Id.* at 2).

Based on its affirmative answers to the first four questions, the jury awarded Carter $60,000 in damages resulting from past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life. (*Id.* at 3). The jury declined to award future emotional pain and suffering damages. (*Id.*). The jury further awarded Carter $90,000 in punitive damages against Defendant. On this date, the Court denied Defendant's Motions for Judgment as a Matter of Law, (Dkt. 70), for New Trial, (Dkt. 71), and to Apply Statutory Caps and for Remittitur, (Dkt. 78). The Court further granted Carter's Motion for Entry of Judgment on the Verdict and for Extension of Time to File

1

Fee Petition. (Dkt. 76). Finding nothing left to resolve, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Carter.

**IT IS FURTHER ORDERED** that Carter is **AWARDED** damages as follows: $60,000.00 for actual damages resulting from past emotional pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life; and $90,000.00 for punitive damages. Carter's total award is $150,000.00.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that Carter shall submit a bill of costs, with supporting documentation, no later than 21 days after the entry of final judgment.

**IT IS FURTHER ORDERED** that Carter shall file any motion for attorney's fees no later than 21 days after entry of final judgment.

**IT IS FINALLY ORDERED** that this action is **CLOSED**.

**SIGNED** on August 15, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE